UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIER CREEK CORPORATE CENTER | ) | Case No. 13-CV-00130-FL |
| ASSOCIATES LIMITED | ) | Fed. R. Bankr. P. 7042 |
| PARTNERSHIP, *et al.* | ) | Fed. R. Civ. P. 42(a) |
| | ) | |
| Appellees. | ) | |

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIER CREEK CORPORATE CENTER | ) | Case No. 13-CV-00142-FL |
| ASSOCIATES LIMITED | ) | Fed. R. Bankr. P. 7042 |
| PARTNERSHIP, *et al.* | ) | Fed. R. Civ. P. 42(a) |
| | ) | |
| Appellees. | ) | |

**ORDER GRANTING BANK OF AMERICA N.A.'S MOTION TO CONSOLIDATE APPEALS OF BANKRUPTCY COURT ORDERS STAYING ARBITRATION**

**THIS MATTER** came before the Court on Bank of America, N.A.'s Motion to Consolidate the above-captioned appeals of bankruptcy court orders staying arbitration. As the motion states that the Appellees have no objection, and for good cause shown, Bank of America, N.A.'s Motion to Consolidate Cases is hereby **GRANTED.** The above-captioned cases are consolidated into *Bank of America, N.A. v. Brier Creek Corporate Center Associates Limited Partnership*, Case No. 13-CV-00130-FL. Future filings shall be filed only in case number 13-CV-00130-FL, but shall carry the captions and case numbers for both cases.

Dated: 03/06/2013

_____
Judge Louise W. Flanagan
United States District Court
Eastern District of North Carolina